[No. 67718-7-I.   Division One.   November 19, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL MARKNSEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-06224-9, Douglass A. North, J., entered August 15, 2011. *Affirmed in part* and *reversed in part* by unpublished opinion per Leach, C.J., concurred in by Becker and Schindler, JJ.

[No. 68517-1-I.   Division One.   November 19, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. JESUS SABIDO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-8-01682-1, Barbara A. Mack, J., entered March 1, 2012. *Affirmed* by unpublished opinion per Verellen, J., concurred in by Cox and Dwyer, JJ.

[No. 42507-6-II.   Division Two.   November 20, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. MONTEECE SMITH-LLOYD, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 10-1-03539-9, Beverly G. Grant, J., entered August 2, 2011. *Affirmed* by unpublished opinion per Armstrong, J. Pro Tem., concurred in by Worswick, C.J., and Johanson, J.